CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 26 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION
### APRIL 2018 SESSION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 7:18-CR-** 21 |
| | : | |
| | : | |
| **v.** | : | **INDICTMENT** |
| | : | |
| | : | |
| **DOUGLAS B. PHILLIPS** | : | **In violation of:** |
| | : | 18 U.S.C. § 2250 |
| | : | 18 U.S.C. § 922(g)(1) |

## COUNT ONE

The Grand Jury Charges:

1.      That between on or about September 2013 to on or about December 2016, within the Western District of Virginia and elsewhere, the defendant, DOUGLAS B. PHILLIPS, a person required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate commerce, did knowingly fail to register and update his registration, as required by the Sex Offender Registration and Notification Act.

2.      All in violation of Title 18, United States Code, Section 2250.

## COUNT TWO

The Grand Jury further charges:

1.  From a date unknown to the Grand Jury, but from sometime between December 2014 through on or about December 2016, in the Western District of Virginia, DOUGLAS B. PHILLIPS knowingly and intentionally possessed a firearm, to wit: a Rossi Interarms, Model 68, .38 special

1

caliber revolver, and assorted ammunition, in or affecting interstate or foreign commerce, after having been convicted of a crime punishable by imprisonment for a term exceeding one year.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL this 26th day of April, 2018.

*s/ Grand Jury Foreperson*
FOREPERSON

THOMAS T. CULLEN
UNITED STATES ATTORNEY